**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1808**

TANGELA ANITA HARRIS, a/k/a Tanger Anita Harris,

        Plaintiff – Appellant,

     v.

PROGRESSIVE CASUALTY INSURANCE COMPANY,

        Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Anderson.   Henry M. Herlong, Jr., Senior District Judge.   (8:11-cv-01303-HMH)

Submitted:  October 13, 2011      Decided:  October 17, 2011

Before SHEDD, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tangela Anita Harris, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tangela Anita Harris appeals the district court's order adopting the recommendation of the magistrate judge and summarily dismissing her civil action as barred by the statute of limitations. See 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court in its order dismissing Harris' action without prejudice. Harris v. Progressive Cas. Ins. Co., No. 8:11-cv-01303-HMH (D.S.C. June 27, 2011).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although a dismissal without prejudice is ordinarily not a final, appealable order, Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993), the applicable three-year statute of limitations period has passed. S.C. Code Ann. § 15-3-530(5), (8) (2005). Thus, the district court's order is effectively a final order.